USDC SCAN INDEX SHEET

KAJ 7/18/06 9:12

3:06-CV-00897 CATTIE V. WAL-MART STORES

*19*

*DECL.*

ORIGINAL

FILED
06 JUL 17 PM 4:35

Blake Muir Harper (SBN: 115756)
Dennis Stewart (SBN: 99152)
Sarah Pickeral Weber (SBN: 239979)
**HULETT HARPER STEWART LLP**
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
Email: blake@huletharper.com

Mark S. Goldman (*pro hac vice* pending)
Brian D. Penny (*pro hac vice* pending)
**GOLDMAN, SCARLATO & KARON P.C.**
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484)342-0700
Facsimile: (484)342-0701
Email: goldman@gsk-law.com

Stacey L. Mills (SBN: 109644)
Bryan L. Crawford (*pro hac vice* pending)
Brian L. Williams (*pro hac vice* pending)
Matthew W. Ruan
**HEINS MILLS & OLSON, P.L.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: bcrawford@heinsmills.com

Garrett J. Bradley
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
Telephone: (607) 720-1333
Facsimile: (607) 720-2445
Email: gbradley@tenlaw.com

**Attorneys for Plaintiff and the Class**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CATHERINE CATTIE, on Behalf of Herself and All Others Similarly Situated,

Plaintiff,

vs.

WAL-MART STORES, INC. and WALMART.COM USA, LLC,

Defendants.

File No. 06CV0897 LAB (CAB)

CLASS ACTION

**DECLARATION OF BRYAN L. CRAWFORD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT IN ITS ENTIRETY AGAINST WAL-MART STORES, INC., AND THE C.L.R.A. CLAIMS AGAINST WAL-MART STORES, INC. AND WAL-MART.COM USA LLC**

Date: July 31, 2006
Time: 10:30 a.m.
Place: Courtroom 9, 2nd Floor
Judge: Hon. Larry Allen Burns

DECLARATION OF BRYAN L. CRAWFORD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT IN ITS ENTIRETY AGAINST WAL-MART STORES, INC., AND THE C.L.R.A. CLAIMS AGAINST WAL-MART STORES, INC. AND WAL-MART.COM USA LLC

56757

19

I, BRYAN L. CRAWFORD, declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of Minnesota and have applied to be admitted *pro hac vice* to the Bar of this court. I am a member of Heins Mills & Olson, P.L.C. and am one of the attorneys for Plaintiff in the above-captioned matter. This Declaration is made in support of Plaintiff's opposition to Defendants' Motion to Dismiss Second Amended Class Action Complaint in its Entirety Against Wal-Mart Stores, Inc. and the C.L.R.A. Claims Against Wal-Mart Stores, Inc. and Wal-Mart.Com USA LLC.

2. On behalf of Plaintiff Catherine Cattie, Blake Muir Harper, Esq. sent letters to the President and CEO of Wal-Mart Stores, Inc. and the President of Wal-Mart.Com USA LLC, return receipt requested, on April 18, 2006 and May 12, 2006, respectively.

3. On May 12, 2006, the parties entered into a stipulation extending Defendants' time to respond to those letters to June 8, 2006. The stipulation was signed by Magistrate Judge Bencivengo on May 16, 2006.

4. On June 12, my firm received two letters from Defendants' counsel, dated June 8, 2006, and purporting to have been sent "VIA FACSIMILE AND CERTIFIED MAIL-RETURN RECEIPT REQUESTED."

5. My firm never received the June 8, 2006 letters via facsimile or certified mail. Both letters were received by my firm, via regular mail, on June 12, 2006.

6. Attached hereto as Exhibit 1 are copies of excerpts of information posted at http://www.walmart.com.

56757

1

DECLARATION OF BRYAN L. CRAWFORD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT IN ITS ENTIRETY AGAINST WAL-MART STORES, INC., AND THE C.L.R.A. CLAIMS AGAINST WAL-MART STORES, INC. AND WAL-MART.COM USA LLC

I hereby declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 14 day of July, 2006, Minneapolis, MN

Bryan L. Crawford, Esq.

56757

2

DECLARATION OF BRYAN L. CRAWFORD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT IN ITS ENTIRETY AGAINST WAL-MART STORES, INC., AND THE C.L.R.A. CLAIMS AGAINST WAL-MART STORES, INC. AND WAL-MART.COM USA LLC



WAL*MART
ALWAYS LOW PRICES. Always

Your Account | Cart | Track Order | Help
Registry | Wish List | Gift Cards
Hello maria megas! Sign Out

Electronics Movies Music Books Toys Baby Jewelry Sports & Fitness ★ See All
For the Home Garden & Patio Photo Center Video Games Apparel Gifts & Flowers Pharmacy In Stores Now

Search Entire Site for: Find!

Welcome

**Electronics**
- Computers
- Digital Cameras

More...

**For the Home**
- Furniture & Decor
- Appliances & Housewares

More...

**Sports & Fitness**
- Exercise & Fitness
- Camping

More...

**Video Games**
- PlayStation2
- Xbox 360

More...

**Toys**
- Kids' Electronics
- Dolls & Stuffed Toys

More...

**Gifts & Flowers**
- Flowers & Plants
- Gift Cards

More...

**Jewelry**
- Wedding & Engagement Rings
- Pendants

More...

**Apparel**
- Women's
- Men's

More...

**Baby**
- Nursery
- Strollers & Gear

More...

**Garden & Patio**
- Hot Tubs

College Happens.
Stylize Your Space.
BRIGHT YOUNG THINGS COLLECTION

See all furniture | See all decor | See all bedding

## Electronics to Go

**Digital Cameras** Canon, Kodak and more.

**Portable DVD Players** Pink, blue and more colors.

**MP3 Players** 8 GB players under $200!

College Happens. Be Ready.

In Stores Now
WAL-MART

Wal-Mart stores are stocked with the latest products and fun, info-packed events.

- **New In Stores**
- **Free Samples**
- **Wal-Mart Events**
- **Idea Center**

**Find a Wal-Mart near you.**

Enter ZIP code:

Find

ADVERTISED VALUES

View your local **Wal-Mart Circular** for this week's values.

WAL-MART

Shop for **Advertised Values** available online.

Back to School

Save on uniforms and top-brand electronics. **Shop Now**

NELLY FURTADO
soundcheck
See her live in-studio performance.



WAL*MART®
ALWAYS LOW PRICES. Always

Home | Your Account | Cart | Track Order | Help
Registry | Wish List | Gift Cards
Click here to sign in or create new account

Electronics Movies Music Books Toys Baby Jewelry Sports & Fitness ★ See All
For the Home Garden & Patio Photo Center Video Games Apparel Gifts & Flowers Pharmacy In Stores Now

Search Help for: Find!

You are here: Home Page › Help › Shipping and Returns › Returns Policy

# Returns Policy

Your complete shopping satisfaction is our number one priority.

If an item you ordered from Walmart.com does not meet your expectations, simply return it either to a store or by mail **within 90 days of receiving it, unless otherwise noted below.**

To Return an Item to a Store
Returns Guidelines by Department
Returns Exceptions
Credit for Gift Returns
Exchanges

### To Return an Item to a Store

- Take the item, invoice and all original packaging and accessories to Customer Service at your local Wal-Mart.
- For all payment methods except Bill Me Later®, an associate will issue an immediate credit to the original payment method or provide a store credit for the cost of the item and the sales tax, if applicable.
- For an item paid for with Bill Me Later, an associate can issue store credit in the form of a Wal-Mart Shopping Card or a cash refund. Then you receive a bill from Bill Me Later and submit payment to Bill Me Later.

Return an Item by Mail

Top of Page

### Returns Guidelines by Department

All merchandise purchased from Walmart.com may be returned either to a store or by mail **within 90 days of receiving it, unless otherwise noted below.** Additional guidelines are also noted below.

**APPAREL, SHOES & ACCESSORIES**

- **All apparel, shoes and accessories items:** 90 days with receipt and merchandise must be unworn, with tickets attached, and accompanied by the original pack list/invoice.

**BOOKS, MOVIES & VIDEO GAMES**

- **CDs, DVDs, audiotapes, videotapes and video games:** Must be returned unopened.
- **Books:** Must be returned unused and unmarked.

**ELECTRONICS**

- **Computer hardware:** Must be returned with any included software within **15 days** of receipt.
- **Computer components and computer accessories:** Must be returned within **45 days** of receipt.

More Help: Shipping

Go to Help main page

Go to Shipping and Returns main page

Related Topics

Problems With Your Order

Find a Wal-Mart Store

Enter ZIP code to find a store near you.

WAL*MART

ZIP Code:

Find

- **Computer software:** Must be returned unopened.
- **Camcorders and digital cameras:** Must be returned within **30 days** of receipt.
- **GPS Units, Digital Music Players, and Portable Video Players:** May be returned for refund or exchange with receipt WITHIN 15 DAYS.

**GIFTS**

- **Electronic and plastic gift cards:** Not returnable or refundable for cash, except in states where required by law.
- **Perishables:** Items such as flowers and food may be returned to a Wal-Mart store or by calling Customer Service at 1-800-966-6546. Cannot be returned by mail.

**HOME & GARDEN**

- **Custom window blinds:** Please see returns for window blinds.
- **Mattresses:** May be returned to a store or by Freight shipping. Under some circumstances, you may be charged for return shipping. To return an item by Freight, call Customer Service at 1-800-966-6546. They will also be able to inform you of any return shipping costs.
- **Gas-powered items:** Including but not limited to lawn mowers and pressure washers. Cannot be returned by mail, due to carrier restrictions. Must be returned to a store completely emptied of any flammable liquid (gas, oil).

**JEWELRY**

- **Fine jewelry**: May be returned to a store or by special pick-up. Call 1-800-966-6546 to arrange for a carrier to pick up the jewelry.

**MUSIC**

- **CDs and DVDs:** Must be returned unopened.
- **Music downloads:** Cannot be returned. All sales are final and all charges from those sales are nonrefundable, except as otherwise stated in the Music Downloads Terms of Service.

**PHARMACY**

- **Diabetic supplies:** Cannot be returned. All sales are final. Please contact the manufacturer if you have any questions regarding defective items. Check your package for the manufacturer's name and contact information.

**TIRES**

- **Tires:** Tires shipped to a Wal-Mart store for pick-up must be returned to a Wal-Mart store and cannot be returned or exchanged by mail.

**TOYS, SPORTS & FITNESS**

- **Oversize table games and treadmills:** May be returned to a store or by Freight shipping. Under some circumstances, you may be charged for return shipping. To return an item by Freight, call Customer Service at 1-800-966-6546. They will also be able to inform you of any return shipping costs.
- **Autographed Sports Memorabilia:** Must be returned with the included Certificate of Authenticity.

Top of Page

---

## Returns Exceptions

- **Oversize items:** Some heavy or large items that are identified as oversize on their item pages may be returned to a store or by **Freight shipping.** Under some

circumstances, you may be charged for return shipping. To return an item by Freight, call Customer Service at 1-800-966-6546. They will also be able to inform you of any return shipping costs.

- If you were sent an **incorrect, damaged or defective product,** we will issue a credit for any applicable shipping and gift-wrapping charges.

Top of Page

### Credit for Gift Returns

- Returning a gift to a Wal-Mart store: An Associate will issue an immediate credit to the original payment method or provide a store credit for the cost of the item and the sales tax, if applicable.
- Returning a gift by mail: The cost of the item and the sales tax, if applicable, will be credited to the original payment method when we receive the item.

Top of Page

### Exchanges

To exchange an item by mail, fill out "Items to Be Exchanged" on the back of our invoice, indicating the item you are returning and the new item(s) you want sent. Please be as specific as possible when describing the new item. For example, give the item name, color, size, and so on. Then enclose the invoice with your return.

The item returned will be credited to the original payment method and the new item(s) will be charged to the same payment method. Shipping charges for the returned item are not refundable. Shipping will be charged for the new item(s) sent.

A gift you received is not exchangeable by mail. If you return a gift by mail, the cost of the item and the sales tax, if applicable, will be credited to the original payment method when we receive the item.

Top of Page

**Do you have questions?**
Please contact us, and a knowledgeable Customer Service Associate will help you.
We're happy to serve you 24 hours a day, 7 days a week!

Continue shopping on Walmart.com

Get the Wal-Mart Wire Email, with the latest Rollbacks & savings.

Sign Up

**Learn more** about our other newsletters.

Your email address will never be sold to a third party. See our Privacy Policy.

**Ordering Help**
- Track Your Orders
- Questions About Your Order

**Shipping & Returns Help**
- Shipping Costs & Times
- Our Return Policy
- Return an Item

**Store Help**
- Find a Store
- Wal-Mart Stores Info
- Send Store Feedback

**Still Have Questions?**
- Online Customer Service
- Product Recall Info
- MSDS

Security & Privacy | Terms of Use | Wal-Mart Credit Cards | Join Our Affiliate Program | Site Directory
Store Finder | SAM'S Club | About Walmart.com | Careers at Walmart.com | Wal-Mart Associates

drpw003.walmart.com null /catalog/catalog.gsp category id: 120564 path: 0:5436:120160:119544:119545:120564

**PROOF OF SERVICE**

***Catherine Cattie vs. Wal-Mart Stores, Inc.***
Case No.: 06CV0897 LAB CAB

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on July 17, 2006, I served the following document(s) entitled: **DECLARATION OF BRYAN L. CRAWFORD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT IN ITS ENTIRETY AGAINST WAL-MART STORES, INC., AND THE C.L.R.A. CLAIMS AGAINST WAL-MART STORES, INC. AND WAL-MART.COM USA LLC** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☐ **BY PERSONAL SERVICE:** I had such envelope delivered by hand where indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2006, at San Diego, California.

ANITA VILLANUEVA

**BED LINENS**
No. 06CV0897LAB(CAB)
Service List

**PLAINTIFF'S COUNSEL**

Mark S. Goldman
Brian D. Penny
GOLDMAN, SCARLATO & KARON P.C
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701

Stacey Mills
Bryan L. Crawford
Brian L. Williams
HEINS MILLS & OLSON PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Blake Muir Harper
Dennis Stewart
Sarah P. Weber
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Garret J. Bradley
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110
Telephone: (607) 720-1333
Facsimile: (607) 720-2445

**DEFENSE COUNSEL**

Steven H. Frankel
SONNENSCHEIN NATH &
ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300