















KAJ    7/18/06    9:13

3:06-CV-00897   CATTIE V. WAL-MART STORES

*21*

*DECL.*

ORIGINAL

1  HULETT HARPER STEWART LLP
   BLAKE MUIR HARPER, SBN: 115756
2  DENNIS STEWART, SBN: 99152
   SARAH PICKERAL WEBER; SBN: 239979
3  550 West C Street, Suite 1600
   San Diego, CA 92101
4  Telephone:     (619) 338-1133
   Facsimile:     (619) 338-1139
5

6  GOLDMAN, SCARLATO & KARON P.C          HEINS MILLS & OLSON PLC
   MARK S. GOLDMAN (pro hac vice pending)  STACEY MILLS; CA SBN: 109644
7  BRIAN D. PENNY (pro hac vice pending)   BRYAN L. CRAWFORD (pro hac vice pending)
   101 West Elm Street, Suite 360          BRIAN L. WILLIAMS (pro hac vice pending)
8  Conshohocken, PA 19428                  3550 IDS Center
   Telephone:     (484) 342-0700           80 South Eighth Street
9  Facsimile:     (484) 342-0701           Minneapolis, MN 55402
                                           Telephone:     (612) 338-4605
10                                         Facsimile:     (612) 338-4692
11 Attorneys for Plaintiff
   [Additional Counsel on Signature Page]
12

13              IN THE UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15 CATHERINE CATTIE, on Behalf of Herself   Case No.: 06CV0897 LAB(CAB)
   and All Others Similarly Situated,
16                                          **CLASS ACTION**
                Plaintiff,
17                                          **DECLARATION OF BLAKE MUIR
   v.                                       HARPER IN SUPPORT OF PLAINTIFF'S**
18                                          **OPPOSITION TO DEFENDANTS'**
   WAL-MART STORES, INC., et al.            **MOTION TO DISMISS SECOND**
19                                          **AMENDED CLASS ACTION**
                Defendant.                  **COMPLAINT IN ITS ENTIRETY**
20                                          **AGAINST WAL-MART STORES, INC.,**
                                            **AND THE C.L.R.A. CLAIMS AGAINST**
21                                          **WAL-MART STORES, INC. AND WAL-**
                                            **MART.COM USA LLC**
22

23

24

25

26

27

28

1    I, BLAKE MUIR HARPER, declare as follows:

2       1.      I am an attorney licensed to practice before the State of California and am

3    admitted to the Bar of this court.  I am a member of Hulett Harper Stewart LLP and am one of the

4    counsel for the Plaintiff.  I submit this declaration in support of Plaintiff's Opposition to

5    Defendants' Motion to Dismiss Second Amended Class Action Complaint in Its Entirety Against

6    Wal-Mart Stores, Inc. and the CLRA Claims Against Wal-Mart Stores, Inc. and Wal-Mart.Com

7    USA LLC.  I am competent to testify to the matters set forth herein, and make this declaration of

8    my own personal knowledge and belief.

9       2.      On behalf of the Plaintiff, Catherine Cattie, I sent letters to the President and CEO

10   of Wal-Mart Stores, Inc. and the President of Wal-Mart.com USA LLC, return receipt requested,

11   on April 18, 2006 and May 12, 2006, respectively.

12      3.      On May 12, 2006 the parties entered into a stipulation extending the Defendants

13   time to respond to those letters to June 8, 2006. The stipulation was signed by Magistrate Judge

14   Bencivengo on May 16, 2006.

15      4.      On June 12, 2006 I received two letters from Steven Frankel on behalf of the

16   Defendants dated June 8, 2006 and purporting to have been sent "VIA FACSIMILE AND

17   CERTIFIED MAIL-RETURN RECEIPT REQUESTED." Attached hereto as Exhibits A and B,

18   respectively, are true and correct copies of the letters received.

19      5.      I never received the letters via facsimile and no letters were logged into our firm's

20   facsimile log, maintained in the ordinary course of business.  I similarly never received any letters

21   via certified mail.  Both letters were received only via regular mail, on June 12, 2006.

22      I hereby declare under penalty of perjury under the laws of the State of California, that the

23   foregoing is true and correct to the best of my knowledge, information, and belief.  Executed this

24   14th day of July 2006, San Diego, California.

25

26                                                    BLAKE MUIR HARPER

27

28

1

06CV0897 LAB(CAB)

JUN 1 2 2006

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

**Steven H. Frankel**
415.882.2410
sfrankel@sonnenschein.com

525 Market Street
26th Floor
San Francisco, CA 94105-2708
415.882.5000
415.882.0300 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

June 8, 2006

VIA FACSIMILE AND
CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Blake Muir Harper
Hulett Harper Steward LLP
350 West C Street
Suite 1600
San Diego, California 92101

      Re:   *Catherine Cattie v. Wal-Mart Stores, Inc.*
         · **06-CV-0897 LAB (CAB)**

Dear Mr. Harper:

      On behalf of Wal-Mart.com USA, LLC ("Wal-Mart.com."), this letter responds to your May 5, 2006 letter sent on behalf of Catherine Cattie and addressed to Carter Cast, President of Wal-Mart.com, concerning purported claims under the California Consumer Legal Remedies Act ("CLRA") based on alleged misrepresentations and failure to make certain disclosures relating to the thread-count of bed linens sold through Wal-Mart.com.

      · As an initial matter, we note, based on our client's records, that your client, Ms. Cattie, a New Jersey resident, placed an order for one set of cotton sateen queen sheets through Wal-Mart.com's website on April 7, 2006, only 11 days prior to bringing suit with respect to that purchase in the United States District Court for the Southern District of California. Thus, we question whether Ms. Cattie had even received the sheets she purchased prior to authorizing suit. Ms. Cattie certainly never expressed any dissatisfaction with her purchase to anyone at Wal-Mart.com until it received a copy of the Amended Complaint and your May 5, 2006 letter.

      Ms. Cattie, as a New Jersey resident, has no standing to assert any claims under the CLRA. Accordingly, Wal-Mart.com requests that the CLRA claim set forth in Ms. Cattie's Amended Complaint be immediately dismissed. Given Ms. Cattie's lack of standing, it is improper, as a matter of law, for any amended complaint to be filed seeking any additional remedies under the CLRA.



QUALITY · DEDICATION · INTEGRITY
Y E A R S
2 0 0 6

JUN 1 2 2006

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

525 Market Street
26th Floor
San Francisco, CA 94105-2708
415.882.5000
415.882.0300 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

**Steven H. Frankel**
415.882.2410
sfrankel@sonnenschein.com

June 8, 2006

<u>VIA FACSIMILE AND</u>
<u>CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>

Blake Muir Harper
Hulett Harper Steward LLP
350 West C Street
Suite 1600
San Diego, California 92101

> **Re:** *Catherine Cattie v. Wal-Mart Stores, Inc.*
> **06-CV-0897 LAB (CAB)**

Dear Mr. Harper:

On behalf of Wal-Mart Stores, Inc., this letter responds to your April 18, 2006 letter sent on behalf of Catherine Cattie and addressed to H. Lee Scott, Jr., President and CEO of Wal-Mart Stores, Inc., concerning purported claims under the California Consumer Legal Remedies Act ("CLRA") based on alleged misrepresentations and failure to make certain disclosures relating to bed linens sold through Wal-Mart.com.

Wal-Mart.com is a separate corporation from Wal-Mart Stores, Inc. To our knowledge, Ms. Cattie never purchased any bed linens from Wal-Mart Stores, Inc. Given these facts, Ms. Cattie could not have been injured by anything that Wal-Mart Stores, Inc. allegedly did or did not do with respect to any bed linens she may have purchased elsewhere. As a consequence, Ms. Cattie has no standing to assert any claims against Wal-Mart Stores, Inc. under the CLRA. Likewise, she has no standing to assert any of the other claims set forth in her complaint, also filed on April 18, 2006, in the United States District Court for the Southern District of California. Accordingly, Wal-Mart Stores, Inc. requests that Ms. Cattie's action be immediately dismissed.



QUALITY · DEDICATION · INTEGRITY
Y E A R S
2 0 0 6

**PROOF OF SERVICE**

*Catherine Cattie vs. Wal-Mart Stores, Inc.*
Case No.: 06CV0897 LAB CAB

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on July 17, 2006, I served the following document(s) entitled: **DECLARATION OF BLAKE MUIR HARPER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT IN ITS ENTIRETY AGAINST WAL-MART STORES, INC., AND THE C.L.R.A. CLAIMS AGAINST WAL-MART STORES, INC. AND WAL-MART.COM USA LLC** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☐ **BY PERSONAL SERVICE:** I had such envelope delivered by hand where indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2006, at San Diego, California.

ANITA VILLANUEVA

**BED LINENS**
No. 06CV0897LAB(CAB)
Service List


**PLAINTIFF'S COUNSEL**

Mark S. Goldman
Brian D. Penny
GOLDMAN, SCARLATO & KARON P.C
101 West Elm Street, Suite 360
Conshohocken, PA  19428
Telephone:    (484) 342-0700
Facsimile:    (484) 342-0701

Stacey Mills
Bryan L. Crawford
Brian L. Williams
HEINS MILLS & OLSON PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:    (612) 338-4605
Facsimile:    (612) 338-4692


Blake Muir Harper
Dennis Stewart
Sarah P. Weber
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139

Garret J. Bradley
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA  02110
Telephone:    (607) 720-1333
Facsimile:    (607) 720-2445


**DEFENSE COUNSEL**

Steven H. Frankel
SONNENSCHEIN NATH &
  ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300