BLAKE MUIR HARPER (State Bar No. 115756)
DENNIS STEWART (State Bar No. 99152)
SARAH PICKERAL WEBER (State Bar No. 239979)
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Attorneys for Plaintiff Catherine Cattie
[Additional Counsel on Signature Page]


STEVEN H. FRANKEL (State Bar No. 171919)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
WAL-MART STORES, INC.
and WAL-MART.COM USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE CATTIE, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. and WAL-MART.COM USA, LLC,<br><br>Defendants. | No. 06CV0897 LAB(CAB)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Catherine Cattie and defendants Wal-Mart Stores, Inc. and Wal-Mart.Com USA, LLC, through their respective counsel, hereby stipulate that all individual claims and causes of action of plaintiff Catherine Cattie that were asserted or could have been asserted herein be dismissed with prejudice, with the parties to bear their own respective costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: March 26, 2007

HULETT HARPER STEWART LLP

By _____
Blake Muir Harper

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139


GOLDMAN, SCARLATO & KARON P.C.
MARK S. GOLDMAN
BRIAN D. PENNEY
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701


HEINS MILLS & OLSON PLC
STACEY MILLS
BRYAN L. CRAWFORD
BRIAN L. WILLIAMS
3550 IDS Center
80 south Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

THORNTON & NAUMES LLP
GARRETT J. BRADLEY
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Attorneys for Plaintiff Catherine Cattie.

1  Dated: March 26, 2007                      SONNENSCHEIN NATH & ROSENTHAL LLP

                                              By /s/ Steven H. Frankel
                                                 Steven H. Frankel

                                              525 Market Street, 26th Floor
                                              San Francisco, CA 94105
                                              Telephone: (415) 882-5000
                                              Facsimile: (415) 882-0300

                                              Attorneys for Defendants Wal-Mart Stores, Inc and
                                              Wal-Mart.Com USA, LLC

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:_____

                                              _____
                                              JUDGE OF THE DISTRICT COURT